UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| UNITED STATES OF AMERICA | ) | DOCKET NO.: 1:16mj100 |
|---|---|---|
| v. | ) | AMENDED |
| | ) | WRIT OF HABEAS CORPUS |
| **SETH WILLIS PICKERING** | ) | AD PROSEQUENDUM |
| | ) | |

THE PRESIDENT OF THE UNITED STATES OF AMERICA:

TO: The Director, Bureau of Prisons, Washington, D.C.
TO: U.S. Marshals, Western District of North Carolina, Asheville, NC
TO: Chief Jailer, Buncombe County Jail, Asheville, NC

**IT IS ORDERED** that you have the body of Seth Willis Pickering, W/M, DOB 3/21/80, detained in the Buncombe County Jail, under safe and secure conduct, brought before the Honorable Dennis L. Howell, United States Magistrate Judge, Western District of North Carolina, at the courtroom in the City of Asheville, North Carolina, FORTHWITH, on or before 10/05/16 at 9:30 a.m./p.m. to make an appearance before the Court on charges contained in the Criminal Complaint now pending in said court against the defendant.

**IT IS FURTHER ORDERED** that the United States Marshals Service shall return the defendant to the Buncombe County Jail, under safe and secure conduct, after the disposition of the above captioned case.

The Clerk is directed to certify copies of this Order to the United States Marshal Service, the Buncombe County Jail, and the United States Attorney.

Signed: September 13, 2016

Dennis L. Howell
United States Magistrate Judge