
FILED
IN COURT
ASHEVILLE, N.C.

OCT 0 4 2016

U.S. DISTRICT COURT
W. DIST. OF N.C.

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:16cr116 |
| | ) | |
| | ) | **BILL OF INDICTMENT** |
| VS. | ) | |
| | ) | Violations: 18 U.S.C. § 1111 |
| | ) | |
| SETH WILLIS PICKERING, | ) | |
| Defendant. | ) | |
| | ) | |

## THE GRAND JURY CHARGES:

### COUNT ONE

On or about the 9th day of September, 2016, in Buncombe County, within the special maritime and territorial jurisdiction of the United States, that being within the boundaries of the Blue Ridge Parkway, and within the Western District of North Carolina, the defendant

### SETH WILLIS PICKERING

did unlawfully kill a human being with malice aforethought, that person being Lila Pickering, a child who had not attained the age of 18 years, and who was under the defendant's care and control, and who was at least six years younger than the defendant; and did so:

1. willfully, deliberately, maliciously, and with premeditation; and,

2. in the perpetration of child abuse, that being knowingly and intentionally causing death and serious bodily injury to a child.

All in violation of Title 18, United States Code, Section 1111.

## NOTICE OF SPECIAL SENTENCING FACTORS

**Sentencing Factor #1:**

On and after September 9, 2016, the defendant

SETH WILLIS PICKERING

was age 18 or older. 18 U.S.C. § 3591(a).

## Sentencing Factor #2:

On or about September 9, 2016, the defendant

### SETH WILLIS PICKERING

a) intentionally killed Lila Pickering (18 U.S.C. § 3591(a)(2)(A));
b) intentionally inflicted serious bodily injury that resulted in the death of Lila Pickering (18 U.S.C. § 3591(a)(2)(B));
c) intentionally participated in an act, contemplating that the life of a person would be taken and intending that lethal force would be used in connection with a person, other than one of the participants in the offense, and Lila Pickering died as a direct result of the act (18 U.S.C. § 3591(a)(2)(C)); and,
d) intentionally and specifically engaged in an act of violence, knowing that the act created a grave risk of death to a person, other than one of the participants of the offense, such that participation in the act constituted a reckless disregard for human life, and Lila Pickering died as a direct result of the act (18 U.S.C. § 3591(a)(2)(D)).

**Sentencing Factor #3:**

On or about September 9, 2016, the victim, Lila Pickering, was particularly vulnerable due to her youth. 18 U.S.C. § 3592(c)(11).

A TRUE BILL

_____
GRAND JURY FOREMAN


JILL WESTMORELAND ROSE
UNITED STATES ATTORNEY

*[signature]*
_____
DON GAST
ASSISTANT UNITED STATES ATTORNEY



*[signature]*
_____
DAVID THORNELOE
ASSISTANT UNITED STATES ATTORNEY