AO 442 (Rev. 11/11) Arrest Warrant

FILED
ASHEVILLE, N.C.

OCT 07 2016

U.S. DISTRICT COURT
W. DIST. OF N.C.

# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

United States of America
v.

SETH WILLIS PICKERING

Defendant

Case No. 1:16mj100

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   SETH WILLIS PICKERING
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

See attached affidavit.

Date:   09/13/2016

*Issuing officer's signature*

Dennis L. Howell, United States Magistrate Judge

City and state:   Asheville, North Carolina

*Printed name and title*
Western District of North Carolina

### Return

This warrant was received on *(date)* 9-13-16, and the person was arrested on *(date)* OCTOBER 5, 2016
at *(city and state)* Asheville, NC.

Date: 10-5-16

*Arresting officer's signature*

CDUSM R. M. SPANGLER
*Printed name and title*